UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL MATHIS,

       Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

Case No. 15-13052
HON. TERRENCE G. BERG
HON. ANTHONY P. PATTI

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 19)</u>

This matter is before the Court on Magistrate Judge Anthony P. Patti's November 16, 2016 Report and Recommendation (Dkt. 19), recommending that Defendant's Motion for Summary Judgment (Dkt. 18) be GRANTED and Plaintiff's Motion for Summary Judgment (Dkt. 16) be DENIED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has reviewed the Magistrate's Report and Recommendation of November

16, 2016, and does hereby accept it as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Patti's Report and Recommendation of November 16, 2016 is **ACCEPTED** and **ADOPTED**.  It is **FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

Dated:  December 16, 2016

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on December 16, 2016, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb
Case Manager

2